**Order entered June 4, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01348-CR

**JAMES MARQUETTE BRADLEY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 382nd Judicial District Court**
**Rockwall County, Texas**
**Trial Court Cause No. 2-12-256**

## ORDER

We **GRANT** appellant's May 28, 2013 motion to extend the time to file appellant's reply brief. The time to file appellant's reply brief is extended until **SEVEN DAYS** from the date of this order.

/s/　　LANA MYERS
　　　　JUSTICE